UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Mag. No. <u>08-4127 (CCC)</u>

UNITED STATES OF AMERICA v. <u>Alexandra Garcia-Hernandez</u>
                              Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C, D.O.B. 11/20/1978** is now confined in Edna Mahan Correctional Facility-Women.

2. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ will be required at the <u>United States District Court</u> in Newark, New Jersey before the <u>Honorable William H. Walls</u> on <u>Tuesday, September 15, 2009,</u> at <u>9:30 a.m.</u> for <u>Sentencing</u> in the captioned case, in which <u>she</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  September 1, 2009          /s/ Robert G. Marasco
                                   Robert G. Marasco
                                   Assistant United States Attorney
                                   Petitioner - 973-645-2931

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 2 September 2009

                                   HON. WILLIAM H. WALLS
                                   UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Edna Mahan Correctional Facility-Women.
We Command You that you have the body of **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C, D.O.B.** ~~[redacted]~~ (by whatever name called or charged) now confined in Edna Mahan Correctional Facility-Women brought to the <u>United States District Court in Newark, New Jersey before the Honorable William H. Walls</u>, on <u>Tuesday, September 15, 2009,</u> at <u>9:30 a.m.</u>, for <u>Sentencing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
        United States District Judge at Newark, N.J.

DATED: 9/2/09                      WILLIAM T. WALSH
                                   Clerk of the U.S. District Court
                                   for the District of New Jersey

                         Per: _____
                              Deputy Clerk