UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Cr. No. 09-356 (WHW)

Mag. No. ~~08-4127 (CCC)~~

UNITED STATES OF AMERICA v. <u>Alexandra Garcia-Hernandez</u>
                              Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,**
D.O.B. ~~[redacted]~~ is now confined in Edna Mahan Correctional Facility-Women.

2. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,**
D.O.B. ~~[redacted]~~ will be required at the <u>United States District Court</u>
in Newark, New Jersey before the <u>Honorable William H. Walls</u> on <u>Tuesday, October 6, 2009,</u> at <u>9:30 a.m.</u> for <u>Sentencing</u> in the captioned case, in
which <u>she</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for
that purpose.

DATED:   September 23, 2009           /s/ Robert G. Marasco
                                      Robert G. Marasco
                                      Assistant United States Attorney
                                      Petitioner - 973-645-2931

---

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 12 Sept 2009

                                      HON. WILLIAM H. WALLS
                                      UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Edna Mahan Correctional
Facility-Women.
We Command You that you have the body of **Alexandra Garcia-Hernandez
a/k/a Alexandra Garcia, SBI# 000327821C,** D.O.B. ~~[redacted]~~ (by whatever
name called or charged) now confined in Edna Mahan Correctional
Facility-Women brought to the <u>United States District Court in Newark, New Jersey before the Honorable William H. Walls</u>, on <u>Tuesday, October 6, 2009,</u> at <u>9:30 a.m.</u>, for <u>Sentencing</u> in the above-captioned matter.
Immediately on completion of the proceedings, defendant will be
returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
        United States District Judge at Newark, N.J.

DATED:  9/12/09                       WILLIAM T. WALSH
                                      Clerk of the U.S. District Court
                                      for the District of New Jersey

                              Per: _____
                                   Deputy Clerk