UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

09-356(WHW)

UNITED STATES OF AMERICA v. <u>Alexandra Garcia-Hernandez</u>
Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ is now confined in Edna Mahan Correctional Facility-Women.

2. **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ will be required at the <u>United States District Court</u> in Newark, New Jersey before the <u>Honorable William H. Walls</u> on <u>Tuesday, November 10, 2009,</u> at <u>9:30 a.m.</u> for <u>Sentencing</u> in the captioned case, in which <u>she</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  November 2, 2009

/s/ Robert G. Marasco
Robert G. Marasco
Assistant United States Attorney
Petitioner - 973-645-2931

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 2 November 2009

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Edna Mahan Correctional Facility-Women.
We Command You that you have the body of **Alexandra Garcia-Hernandez a/k/a Alexandra Garcia, SBI# 000327821C,** ~~[redacted]~~ (by whatever name called or charged) now confined in Edna Mahan Correctional Facility-Women brought to the <u>United States District Court in Newark, New Jersey before the Honorable William H. Walls</u>, on <u>Tuesday, November 10, 2009,</u> at <u>9:30 a.m.</u>, for <u>Sentencing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States District Judge at Newark, N.J.

DATED: 2 Nov 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk